# UNITED STATES DISTRICT COURT

Northern **District of** California

DEBBIE A. THOMPSON

                    Plaintiff (s),

V.

JPMorgan Chase Bank, N.A. et al

                    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:15-cv-04885-BLF

Notice is hereby given that, subject to approval by the court, __DEBBIE A. THOMPSON__ substitutes
(Party (s) Name)

__Charles T. Marshall__ , State Bar No. __176091__ as counsel of record in
(Name of New Attorney)

place of __Mark W. Lapham__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:    LAW OFFICES OF CHARLES T. MARSHALL

    Address:    415 Laurel St., #405, San Diego, CA 92101

    Telephone:    (619) 807-2628    Facsimile    (866) 575-7413

    E-Mail (Optional):    cmarshall@marshallestatelaw.com

I consent to the above substitution.    /s/ Debbie A. Thompson

Date: 3/14/2016

(Signature of Party (s))

I consent to being substituted.    /s/ Mark W. Lapham

Date: 3/14/2016

(Signature of Former Attorney (s))

I consent to the above substitution.    /s/ Charles T. Marshall

Date: 3/14/2016

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: March 15, 2016    _[signature]_

                    Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**